**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DALE WILLIAM LOCHMILLER, | ) | NO. ED CV 15-61-AG(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DANIEL PARAMO, etc., et al., | ) | |
| Respondents. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: January 15, 2015.

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE